**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| GOPAUL AND WASHMANIE SAMOGAN, | Civil No. 10-2765 (RHK/JSM) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS DEFENDANTS NAPOLITANO, AND MAYORKAS WITH PREJUDICE** |
| HILLARY CLINTON, Secretary, U.S. Department of State, JANET NAPOLITANO, Secretary, Department of Homeland Security, Washington, D.C., ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Service, Washington, D.C., | |
| Defendants. | |

_____

Pursuant to the Stipulation to Dismiss Defendants Napolitano and Mayorkas With Prejudice, (Doc . No. 14), which Stipulation is incorporated herein by reference,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants Janet Napolitano, Secretary of the Department of Homeland Security ("Secretary Napolitano"), and Alejandro Mayorkas, Director of the United States Citizenship and Immigration Services ("Director Mayorkas") shall be and hereby are **DISMISSED WITH PREJUDICE** from this action, each party to bear its own attorneys fees, costs, and disbursements in this action.

Dated: January 18, 2011

s/Richard H. Kyle  
RICHARD H. KYLE  
United States District Judge