## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Washmanie Samogan, Gopaul Samogan, | Civil No. 10-2765 (RHK/TNL) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| vs. | |
| Hillary Clinton, Secretary, U.S. Department of State, | |
| Defendant. | |

Pursuant to the parties' Stipulation to Dismiss Defendant Clinton with Prejudice (Doc. No. 30), **IT IS ORDERED** that Defendant Hillary Clinton is **DISMISED WITH PREJUDICE**, and each party shall bear its own attorneys' fees, costs and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 9, 2011

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge